

```
Michael G. Comfort - SB#76100
Attorney at Law
P.O. Box 5611
San Mateo, CA 94402
Phone: 650-235-1217
Fax: 888-730-4012
Attorney for the
Barbara A. Smart Revocable Trust
```

The following constitutes the order of the court.
Signed September 5, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 17-40148 WJL |
| INDALECIO VAZQUEZ<br>SS#XXX-XX-3746 | Chapter No.: 13 |
| Debtor | ORDER TERMINATING BARBARA A. SMART AS DEBTOR'S ATTORNEY OF RECORD |

The 'AMENDED MOTION TO TERMINATE BARBARA A. SMART AS DEBTOR'S ATTORNEY OF RECORD' having come before the Court, upon review of the Motion and Declaration of Michael G. Comfort and its attachments, and FOR GOOD CAUSE,

IT IS HEREBY ORDERED that the REPRESENTATION OF BARBARA A. SMART, dba SMART LEGAL SERVICES, BE TERMINATED.

*** END OF ORDER ***

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | INDALECIO VAZQUEZ |
| 3 | 24843 Whitman St.<br>Hayward, CA 94544 |

ORDER TERMINATING BARBARA A. SMART AS DEBTOR'S ATTORNEY OF RECORD