UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
**Indalecio Vazquez**

Bankruptcy No.: **17-40148**
R.S. No.: **MSK-1**
Hearing Date: **June 18, 2020**
Time: **9:30 a.m.**

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **January 19, 2017**   Chapter: **13**
    Prior hearings on this obligation: _____   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor ☐  or lessor ☐
   Fair market value:    $ _____          Source of value: _____
   Contract Balance:     $ _____          Pre-Petition Default:    $ _____
   Monthly Payment:      $ _____              No. of months: _____
   Insurance Advance:    $ _____          Post-Petition Default:   $ _____
                                                    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
   **Single family residence**, 24843 Whitman Street, Hayward, California 94544
   Fair market value: $ **695,000.00**          Source of value: **Schedule A**

                                                 If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):   **FIRST TRUST DEED**

   Approx. Bal.:   $ **656,811.85**           Pre-Petition Default:   $ **54,192.36**
   As of (date):   **May 26, 2020**               No. of months: **18**
   Mo. Payment:    $ **6,114.80**             Post-Petition Default:  $ **18,344.40**
   Notice of Default (date): **08/05/2016**       No. of months: **3**
   Notice of Trustee's Sale: **01/12/2017**   Advances Senior Liens:  $ **n/a**

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | | Amount | Mo. Payment | Defaults |
   |---|---|---|---|---|
   | 1st Trust Deed: | **Movant** | $ 656,811.85 | $ 6,114.80 | $ 72,536.76 |
   | 2nd Trust Deed: | _____ | $ _____ | $ _____ | $ _____ |
   | _____ : | | $ _____ | $ _____ | $ _____ |
   | _____ : | | | | |
   | _____ : | | | | |
   | (Total) | | $ 656,811.85 | $ 6,114.80 | $ 72,536.76 |

(D) Other pertinent information:
   • Debtor has failed to make post-petition payments to Movant.
   • Debtor did not request a loan modification prior to the filing bankruptcy or instant Motion.

                                  /s/ Mark S. Krause
                                  _____
                                       Signature
Dated: **05/28/2020**
                                  **Mark S. Krause, Esq.**
                                  _____
                                       Print or Type Name
                                  Attorney for **Movant**

CANB Documents Northern District of California

NDC-004