**ZBS LAW, LLP**
Erin M. McCartney, Bar No. 308803
Mark S. Krause, Bar No. 302732
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
Fax: (714) 848-7650
bankruptcy@zbslaw.com

Attorneys for Movant,
Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| In re<br><br>Indalecio Vazquez,<br><br>   Debtor. | Case No.: 17-40148<br>RS No.: MSK-1<br>Chapter 13<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362(d)(1) (REAL PROPERTY)**<br><br>Hearing:<br>Date:   July 8, 2020<br>Time:   9:30 a.m.<br>Location: Video or Telephonic Only |

**TO ALL INTERESTED PARTIES:**

  **PLEASE TAKE NOTICE** that on July 8, 2020 at 9:30 a.m., via Telephonic or Video, before the Honorable William J. Lafferty, United States Bankruptcy Judge, the undersigned shall move the Court for an order terminating the automatic stay as to the enforcement of its state law remedies against the real property described in the supporting documents filed and served

1

Notice of Hearing

herewith.

In the event neither Debtor nor their counsel appears at the hearing on this Motion, the Court may grant relief from the automatic stay thereby permitting Movant to foreclose on Debtor's real property located at **24843 Whitman Street, Hayward, CA 94544**, and obtain possession of said property without further hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at the court hearing, you may contact the Bankruptcy Court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Respectfully Submitted,

Dated: June 19, 2020  **ZBS LAW, LLP**

By: /s/ Mark S. Krause
ERIN M. MCCARTNEY, ESQ.
MARK S. KRAUSE, ESQ.
Attorneys for Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT