1  Erin M. McCartney, SBN 308803
   Mark S. Krause, SBN 302732
2  ZBS Law, LLP
   30 Corporate Park, Suite 450
3  Irvine, CA 92606
   (714) 848-7920 / FAX: (714) 908-2615
4  Email: bankruptcy@zbslaw.com
   File No. 17003476
5
   Attorneys for Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana
6  Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

Indalecio Vazquez,

Debtor.

Case No.: 17-40148
Chapter 13
R.S. No. MSK-1

**Hearing –**
Date: July 8, 2020
Time: 9:30 a.m.
Place: Video or Telephonic Only

## CERTIFICATE OF SERVICE

I, Michele Dapello, certify that I am an employee of ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, over the age of 18, and not a party within this action. I, further certify, that on the 19th day of June, 2020, I served via U.S. Mail a copy of the **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362(d)(1) (REAL PROPERTY)** addressed to the following:

//

//

| | |
|---|---|
| Indalecio Vazquez<br>24843 Whitman Street<br>Hayward, CA 94544 | Debtor (Pro Se) |
| Martha G. Bronitsky<br>*ctdocs@ch13sj.com* | Chapter 13 Trustee |
| Office of the United States Trustee<br>*USTPRegion17.OA.ECF@usdoj.gov* | United States Trustee/Oakland |

*/s/ Michele Dapello*
An Employee of ZBS Law, LLP