UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Indalecio Vazquez

Debtors(s)

Chapter 13 Case Number:17-40148-WJL13

NOTICE OF PLAN COMPLETION AND REQUEST FOR NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE BY TRUSTEE

Martha G. Bronitsky, Chapter 13 Standing Trustee, (hereinafter "Trustee") represents the following:

1. The confirmed Chapter 13 Plan in this case has been completed and all plan payment to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. Indalecio Vazquez is not entitled to receive a discharge in this case because the following requirements for discharge in 11 U.S.C. § 1328 were not met:

_____ The debtor received a discharge in a prior case within the time periods specified in 11 U.S.C. §1328(f) and is not entitled to a discharge in this case.

_____ The debtor has not paid all domestic support obligations as the term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. 11 U.S.C. §1328(a)

__XX___ The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. §111 or did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. §1328(g); Interim Bankr. R. 1007(b)(7) and (c)

_____ No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B) has been filed with the court. 11 U.S.C. §1328(h); Interim Bankr. R. 1007,4004.

__XX___ Other: FAILURE TO FILE - CERTIFICATE IN SUPPORT OF DISCHARGE

**THEREFORE, THE TRUSTEE REQUESTS THAT THE COURT ISSUE A NOTICE THAT THE ABOVE-CAPTIONED CASE HAS BEEN CLOSED WITHOUT A DISCHARGE**

Date: December 07, 2020

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

Case: 17-40148    Doc# 42    Filed: 12/07/20    Entered: 12/07/20 15:43:13    Page 1 of 1